PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL MAYS,<br>EBONY LAMBERT,<br>ARTURO MADRID,<br>ANDREW MADRID, AND<br>ANDREW RODRIGUEZ,<br><br>Defendants. | CASE NO. 1:23-CR-00102-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 9, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 9, 2023.

2. By this stipulation, defendants now move to continue the status conference until October 25, 2023, and to exclude time between August 9, 2023, and October 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        b)      Counsel for defendants desire additional time to further review discovery, discuss potential resolution with his client and the government, and investigate and prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 9, 2023 to October 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

        g)      The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2023                                      PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ STEPHANIE M. STOKMAN
                                                              STEPHANIE M. STOKMAN
                                                              Assistant United States Attorney

| | |
|---|---|
| Dated: July 27, 2023 | /s/ STEVEN CRAWFORD<br>STEVEN CRAWFORD<br>Counsel for Defendant<br>DONNELL MAYS |
| Dated: July 27, 2023 | /s/ PETER JONES<br>PETER JONES<br>Counsel for Defendant<br>EBONY LAMBERT |
| Dated: July 27, 2023 | /s/ REED GRANTHAM<br>REED GRANTHAM<br>Counsel for Defendant<br>ARTURO MADRID |
| Dated: July 27, 2023 | /s/ ROBERT LAMANUZZI<br>ROBERT LAMANUZZI<br>Counsel for Defendant<br>ANDREW MADRID |
| Dated: July 27, 2023 | /s/ KEVIN ROONEY<br>KEVIN ROONEY<br>Counsel for Defendant<br>ANDREW RODRIGUEZ |

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __August 3, 2023__     /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE