# United States District Court
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Ebony Lambert | Case No. 1:23-CR-00102-BAM-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ebony Lambert_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must participate in the substance abuse treatment program at WestCare inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

2. Upon successful completion of WestCare, you must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer.

I consent to this modification of my release conditions and agree to abide by this modification.

| _[signature]_ | 9/6/23 | _Ryan Beckwith_ | 9-5-2023 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

__/s/ Stephanie Stokman__  
Signature of Assistant United States Attorney  
Stephanie Stokman

9-5-2023  
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

__/s/ Peter Michael Jones__  
Signature of Defense Counsel  
Peter Michael Jones

9-5-2023  
Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  9/6/2023        .

[ ] The above modification of conditions of release is *not* ordered.

*Sheila K. Oberto*
Signature of Judicial Officer

9/6/2023
Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services