PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL MAYS et al.,<br>Defendants. | CASE NO. 1:23-CR-00102-ADA-BAM<br><br>MOTION AND ORDER TO UNSEAL SUPERSEDING INDICTMENT |

The Superseding Indictment in this case, having been sealed by Order of the Court on August 31, 2023, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Superseding Indictment in this case, and the docket, be unsealed and made public record.

Dated: September 18, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 1:23-CR-00102-ADA-BAM |
| v. | ORDER TO UNSEAL SUPERSEDING INDICTMENT |
| DONNELL MAYS et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Superseding Indictment filed on August 31, 2023, and docket, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **September 18, 2023**              /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE