**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:      **Defendant, EBONY LAMBERT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff(s),<br><br>    v.<br><br>**EBONY LAMBERT,**<br><br>        Defendant(s). | Case No.:  **1:23 CR 00102 NODJ-BAM**<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |

    Pursuant to F.R. Crim. P. 43(b)(3), Defendant, EBONY LAMBERT, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Ms. Lambert was admitted to Emmanuel Medical Center in Turlock, California yesterday, July 9, due to complications related to her ongoing health challenges. She is presently receiving medical care there.  Going forward, having the flexibility to pursue her treatment would be supported by this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Peter M. Jones, the same as if Defendant were personally present and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's

attorneys that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Dated:  July 10, 2024          */s/ Ebony Lambert*
                                Ebony Lambert

Dated:  July 10, 2024          WANGER JONES HELSLEY PC

                                By */s/ Peter M. Jones*
                                PETER M. JONES, Attorney for
                                Defendant, EBONY LAMBERT

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **July 10, 2024**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE