MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00102-NODJ-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EBONY LAMBERT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on June 25, 2025.

2.    By this stipulation, the parties now move to vacate and continue the status conference date for a change of plea until April 21, 2025.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The parties have entered into a resolution in this matter and agree that a date of April 21, 2025, is warranted for a change of plea.  Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district court judge, who indicated this date is available for a change of plea.

b)    Time has previously been excluded through June 25, 2025.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

1  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

2  must commence.

3      IT IS SO STIPULATED.

4

Dated:  March 31, 2025                                MICHELE BECKWITH
5                                                     Acting United States Attorney

6
                                                     /s/ STEPHANIE M. STOKMAN
7                                                     STEPHANIE M. STOKMAN
                                                     Assistant United States Attorney
8
                                                     /s/ PETER JONES
9  Dated:  March 31, 2025

10                                                    PETER JONES
                                                     Counsel for Defendant
11                                                    EBONY LAMBERT

12

13                              **<u>ORDER</u>**

14

15      IT IS SO ORDERED that the jury trial set for September 16, 2025, trial confirmation set for

16  September 8, 2025, and status conference set for June 25, 2025, are vacated. A change of plea hearing is

17  set **April 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was

18  previously excluded through September 16, 2025.

19
IT IS SO ORDERED.
20

21      Dated:   **April 1, 2025**                   /s/ *Barbara A. McAuliffe*

22                                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28